UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK                              Attorney: FISHER TAUBENFELD LLP - 2507

JUAN PACCHA, INDIVIDUALLY AND ON BEHALF OF OTHER SIMILARLY SITUATED EMPLOYEES

                          Plaintiff(s)

-against-

APS ELECTRIC, INC. ETAL

                          Defendant(s)

Index #: 1:23-CV-02075NRM-MMH

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

NIMER ABDERRAHMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on March 29, 2023 at 02:30 PM at

36-36 33RD STREET, SUITE 205
LONG ISLAND CITY, NY 11106



deponent served the within true copy/copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT on JANE DOE A/K/A GIANA, the defendant/respondent therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to MS. NATASHA a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. She identified herself as the CO-WORKER of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 55 | 5'5 | 160 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

36-36 33RD STREET, SUITE 205
LONG ISLAND CITY, NY 11106

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 4, 2023 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

Sworn to me on: April 4, 2023

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2026

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2025

Gotham Process Inc.
Lic. 1251720-DCA
299 Broadway
New York NY 10007

NIMER ABDERRAHMAN
License #: 2105973-DCA
Docket #:    *1250464*