# F I S H E R  |  T A U B E N F E L D  LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0262
Writer's email: liane@fishertaubenfeld.com

May 19, 2023

**VIA ECF**
Hon. Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Paccha v. APS Electric, Inc. et al
       Case No.: 23-cv-2075 (NRM)(MMH)

Dear Judge Henry:

This firm represents Plaintiff.  We write to provide a status report in compliance with the Court's May 5, 2023 order.  As the Court noted, Plaintiff has served Defendants. Defendants have retained counsel, and the parties agreed on April 17, 2023 that Defendants would have 45 days (until June 1) to respond and that Defendants would not challenge service of process. We ask that the Court extend Defendants' deadline to respond to the Complaint until that date.

We thank the Court for its consideration of this submission.

Respectfully submitted,

---------------/s/------------

Michael Taubenfeld