# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0262
Writer's email: liane@fishertaubenfeld.com

June 7, 2023

**VIA ECF**
Hon. Nina R. Morrison
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  Paccha v. APS Electric, Inc. et al
          Case No.: 23-cv-2075 (NRM)(MMH)

Dear Judge Morrison:

      This firm represents Plaintiff in the above-captioned matter. We write with Defendants' consent to request an extension of time to respond to Defendants' pre-motion letter from June 8, 2023 to June 15, 2023.  This is the first request to extend this deadline. Plaintiff needs the additional time to determine whether to consent to Defendants' motion or whether to oppose it.  We therefore ask for this brief extension.

      We thank the Court for its consideration of this submission.

      Respectfully submitted,

      ---------------/s/------------

      Michael Taubenfeld