# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0262
Writer's email: liane@fishertaubenfeld.com

July 25, 2023

**VIA ECF**
Hon. Nina R. Morrison
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Paccha v. APS Electric, Inc. et al
Case No.: 23-cv-2075 (NRM)(MMH)

Dear Judge Morrison:

This firm represents Plaintiff in the above-captioned matter. We write along with Defendants to propose the below briefing schedule for Defendants' anticipated motion to dismiss and compel arbitration:

- September 15, 2023: Defendants to file motion papers.
- October 16, 2023: Plaintiff to file opposition.
- October 31, 2023: Defendants' deadline to reply to Plaintiff's opposition.

We thank the Court for its consideration of this submission.

Respectfully submitted,

---------------/s/------------

Michael Taubenfeld