# F I S H E R  |  T A U B E N F E L D  LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

November 16, 2023

**<u>VIA ECF</u>**
Hon. Nina R. Morrison
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Paccha v. APS Electric, Inc. et al
Case No.: 23-cv-2075 (NRM)(MMH)

Dear Judge Morrison:

This firm represents Plaintiff in the above-captioned matter. We write to request an extension to file Plaintiff's opposition, from November 16, 2023 until November 30, 2023, and Defendants' deadline to reply from November 30, 2023 to December 5, 2023. Defendants consent to the request. Plaintiff makes this request due to a key member of Plaintiff's counsel's staff experiencing a close death in the family, necessitating unexpected bereavement leave, followed closely by the Thanksgiving holiday. We therefore respectfully request the additional time.

We thank the Court for its consideration of this submission.

Respectfully submitted,

---------------/s/------------

Michael Taubenfeld