

257 54th Street Brooklyn, NY 11220
PH: (917)292-4147 FAX: (646)434-0979
www.apselectricny.com

April 12, 2017

# <u>Notice of Company Meeting</u>

Attention All Employees:

On Monday, April 17, 2017, a mandatory companywide meeting

will be held at 4:30 PM at the following location:

172 Madison Avenue
New York, NY 10016-5100
(at 33rd Street)

All employees <u>must</u> attend.  Failure to attend may result in disciplinary

action, up to and including termination.


Thank you,

Management
APS Electric Inc.