

**APS ELECTRIC**
Generation of Technology

257 54th Street Brooklyn, NY 11220
PH: (917)292-4147 FAX: (646)434-0979
www.apselectricny.com

April 17, 2017

## Company Meeting Sign In Sheet

| Print Name | Date | Signature | Date Executed |
|---|---|---|---|
| (illegible) | 4/17 | (signature) | |
| Keion Forrester | 4/17 | (signature) | |
| Ambrose Shaqill | 4/17 | (signature) | |
| Carlos Young | 4/17 | (signature) | |
| Akeem McKenzie | 4/12 | (signature) | |
| Vasyl Grechyn | 4/12 | (signature) | |
| Daniel Abramov | 4/27 | (signature) | |
| Marc Pineda | 4/17/17 | (signature) | |
| Marcos DaSilva | 4/17/17 | (signature) | |
| Vodirkhou Davidov | 4/17/17 | (signature) | |
| Zurab Gamgia | 4.17 | (signature) | |
| Muminov Dilshod | 4/17 | (signature) | |
| Usmonov Dilmurod | 4/17 | (signature) | |
| Miguel A. Benito | 4/17 | Benitoz | |
| Marco Rojas | 4/17 | Rojas | |

pg 1 of 2



**APS ELECTRIC**
Generation of Technology

257 54th Street Brooklyn, NY 11220
PH: (917)292-4147 FAX: (646)434-0979
www.apselectricny.com

April 17, 2017

# Company Meeting Sign In Sheet

| Print Name | Date | Signature | Date Executed |
|---|---|---|---|
| Bolivar Rojas | 04/17 | [signature] | |
| Jose Cidlo | 04/17 | [signature] | |
| Joseph Doskcic | 04/17 | [signature] | |
| Angel Mercado | 4/17 | Angel Mercado | |
| Elvy Diaz | 4/17 | Elvy | |
| Richard Aosti | 4/17/16 | [signature] | |
| Mirzeb Gumberda | 4/17/16 | [signature] | |
| Antonio Tarazona | " | [signature] | |
| Jesse Milayatzi | 04/17 | [signature] | |
| Rakhmanov Shakhricezjon | " | [signature] | |
| Hamidov Olim | 4/17 | [signature] | |
| | | | |
| | | | |
| | | | |
| | | | |

pg 2 of 2