UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN PACCHA,<br><br>                   *Plaintiff,*<br><br>               - against -<br><br>APS ELECTRIC, INC., MIKHAIL MIKHAYLOV,<br>and JANE DOE a/k/a GIANA,<br><br>               *Defendant.* | Case No. 1:23-cv-2075 (NRM) (MMH)<br><br>**DECLARATION OF MICHAEL TAUBENFELD IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND COMPEL ARBITRATION** |

I, MICHAEL TAUBENFELD, ESQ., the undersigned, affirm as follows under the penalties of perjury:

1. I am a partner in the firm of Fisher Taubenfeld LLP, counsel for the above-named Plaintiff. I am fully familiar with the facts set forth herein and respectfully submit this affirmation in support of Plaintiff's opposition to Defendants' motion to dismiss and compel arbitration.

2. Plaintiff filed his Complaint in this action on March 17, 2023 (DE 1).

3. Defendants allege that Plaintiff signed an arbitration agreement on June 6, 2017. Defendant's Exhibit C.

4. Plaintiff's counsel conducted research on arbitration costs, and hereby produce Exhibit 1 and Exhibit 2 as evidence regarding the costs of arbitration.

Dated: December 7, 2023
       New York, NY

                                      FISHER TAUBENFELD LLP
                                      _____/s/_____
                                      Michael Taubenfeld
                                      225 Broadway, Suite 1700
                                      New York, NY 10007
                                      T: (212) 571-0700
                                      F: (212) 505-2001
                                      Attorneys for Plaintiff