# Exhibit 1



# Fee Schedule | ADR Services, Inc.

adrservices.com/rate-fee-schedule

## Fee Schedule

ADR Services, Inc. is proud to offer an excellent panel of neutrals, efficient services, comfortable facilities and administrative flexibility for extremely competitive rates.

To obtain rates for our neutrals, please contact our office.

As a recognized leader in the dispute resolution field, ADR Services, Inc. has a history of enlisting the industry's finest mediators and arbitrators. Our neutrals are available at hourly and daily rates, with reasonable administrative fees for multi-day, complex or multi-party disputes.

## Administrative Fees

**We charge a one-time only Administrative Fee regardless of the amount in dispute or duration of your matter.**

- **Mediation**: There is a $395 per party nonrefundable Administrative Fee, payable upon scheduling of the mediation.
- **Arbitration**: There is a $450 nonrefundable Initial Filing Fee, payable upon filing a demand for arbitration. There is a $950 per party nonrefundable Administrative Fee, payable upon initiation of the case.
- **Mass Employment Arbitration**: A $250 nonrefundable Initial Filing Fee is payable by the Claimant upon the filing of a qualifying mass arbitration claim. A $550 nonrefundable Administrative Fee will be assessed to the Respondent per claim, payable upon issuance of a commencement letter.
- **Mass Consumer Non-Employment Arbitration**: A $250 nonrefundable Initial Filing Fee is payable by the Claimant upon the filing of each qualifying mass arbitration demand/claim. A $295 per party nonrefundable Administrative Fee will be assessed to Claimant and Respondent per claim, payable upon issuance of a commencement letter.
- **Discovery and Judicial Reference**: There is a $950 per party nonrefundable Administrative Fee, payable upon first initiation of the case.
- **Private Trial**: There is a $950 per party nonrefundable Administrative Fee, payable upon receipt of disclosure statement.

Click here to view our full administrative fee schedule – [ADR Services, Inc. General Fee Schedule](#)

Click here to view our full Mass Employment Arbitration Fee Schedule – [ADR Services, Inc. Mass Employment Arbitration Fee Schedule](#)

Click here to view our full Mass Consumer Non-Employment Fee Schedule – [ADR Services, Inc. Mass Consumer Non-Employment Fee Schedule](#)

© 1994 - 2023 ADR Services, Inc. All Rights Reserved.