# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

December 22, 2023

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Nina R. Morrison, U.S.D.J.
225 Cadman Plaza East
Courtroom 6E North
Brooklyn, NY 11201-1804

> *Re:*   **Paccha v. APS Electric, Inc.,** *et al.*
> **Case No: 1:23-cv-2075 (NRM) (MMH)**
> <u>**MLLG File No.: 86-2023**</u>

Dear Judge Morrison:

This office represents the Defendants APS Electric, Inc. (hereinafter "APS" or the "Corporate Defendant") and Mikhail Mikhaylov (hereinafter "Mikhaylov" or the "Individual Defendant") (the Corporate Defendant and the Individual Defendant collectively hereinafter the "Defendants") in the above-referenced case. <u>See</u> ECF Docket Entry 11. Defendants write pursuant to ¶ 5.2.3.1 of this Court's Individual Practice Rules ("IPR") to respectfully submit a letter specifying each document that has been filed by either party with respect to their motion to dismiss and compel arbitration.

ECF Docket Entry 21 – Defendants' notice of motion to dismiss and compel arbitration, or in the alternative, for a stay pending arbitration;

ECF Docket Entry 22 – Defendants' memorandum of law in support of same;

ECF Docket Entry 23 – Declaration of Genadi Tanfilov in support of same with accompanying exhibits A, B, and C;

ECF Docket Entry 24 – Plaintiff's memorandum of law in opposition;

ECF Docket Entry 25 – Declaration of Michael Taubenfeld in opposition with accompanying exhibits A and B;

ECF Docket Entry 26 – Declaration of Juan Paccha in opposition; and

ECF Docket Entry 27 – Defendants' reply memorandum of law in further support of their motion to dismiss and compel arbitration, or in the alternative, for a stay pending arbitration.

Defendants thank this honorable Court for its time and attention to this case

Dated: Lake Success, New York
      December 22, 2023

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

*/s/ Emanuel Kataev, Esq.*

Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Defendants*
*APS Electric, Inc. and*
*Mikhail Mikhaylov*

**VIA ECF**
Fisher Taubenfeld LLP
<u>Attn:</u> Michael Taubenfeld, Esq.
225 Broadway, Suite 1700
New York, NY 10007-3000
michael@fishertaubenfeld.com

*Attorneys for Plaintiff*
*Juan Paccha*