UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUAN PACCHA,

                                    Plaintiff,

      -against-

APS ELECTRIC, INC., MIKHAIL MIKHAYLOV,
and JANE DOE a/k/a GIANA,

                                   Defendant.
------------------------------------------------------------------X

Case No.: 1:23-cv-2075 (NRM) (MMH)

NOTICE OF APPEARANCE

      **PLEASE TAKE NOTICE** that Jamie S. Felsen, Esq. hereby appears as counsel for the Defendants APS Electric, Inc. and Mikhail Mikhaylov in this case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       February 14, 2024

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

  /s Jamie S. Felsen, Esq.
Jamie S. Felsen, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
jamiefelsen@mllaborlaw.com

*Attorneys for Defendants*
*APS Electric, Inc. and*
*Mikhail Mikhaylov*

**VIA ECF**
Fisher Taubenfeld LLP
Attn: Michael Taubenfeld, Esq.
225 Broadway, Suite 1700
New York, NY 10007-3000
michael@fishertaubenfeld.com

*Attorneys for Plaintiff*
*Juan Paccha*