# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

August 7, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Nina R. Morrison, U.S.D.J.
225 Cadman Plaza East
Courtroom 6E North
Brooklyn, NY 11201-1804

      Re:    **Paccha v. APS Electric, Inc..,** *et al.*
              **Case No.: 1:23-cv-2075 (NRM) (MMH)**

Dear Judge Morrison:

    This firm is substituting in as counsel to the Defendants in this case and respectfully submits this letter to enclose a fully executed stipulation of substitution of counsel. Defendants respectfully request that this Court "so Order" the stipulation, and thank this Court for its time and attention to this case.

Dated:  Jamaica, New York
        August 7, 2024

                                                    Respectfully submitted,
                                                    **SAGE LEGAL LLC**
                                                    _____/s_____
                                                    Emanuel Kataev, Esq.
                                                    18211 Jamaica Avenue
                                                    Jamaica, NY 11423-2327
                                                    (718) 412-2421 (office)
                                                    (917) 807-7819 (cellular)
                                                    (718) 489-4155 (facsimile)
                                                    emanuel@sagelegal.nyc

                                                   *Attorneys for Defendants*

**VIA ECF**
All counsel of record