UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JUAN PACCHA,

                                Plaintiff,

      -against-

APS ELECTRIC, INC., MIKHAIL MIKHAYLOV,
and JANE DOE a/k/a GIANA,

                              Defendant.
-------------------------------------------------------------------X

**Case No.:** 1:23-cv-2075 (NRM) (MMH)

**STIPULATION OF**
**SUBSTITUTION OF COUNSEL**

      **IT IS HEREBY STIPULATED AND CONSENTED** that Sage Legal LLC, with offices at 18211 Jamaica Avenue, Jamaica, NY 11423-2327, be and hereby are substituted in place and instead of Milman Labuda Law Group PLLC, with offices at 3000 Marcus Avenue, Suite 3W8, Lake Success, NY 11042-1073, as attorneys for the Defendants in the above-captioned case and that this substitution be entered into effect without further notice.

      **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts and a facsimile/PDF version is deemed as an original.

| | |
|---|---|
| Dated: Jamaica, New York<br>      August 1, 2024 | Dated: Lake Success, New York<br>      August  1 , 2024 |
| **SAGE LEGAL LLC** | **MILMAN LABUDA LAW GROUP PLLC** |
|   */s/ Emanuel Kataev, Esq.*<br>Emanuel Kataev, Esq.<br>18211 Jamaica Avenue<br>Jamaica, NY 11423-2327<br>(718) 412-2421 (office)<br>(718) 489-4155 (facsimile)<br>(917) 807-7819 (cellular)<br>emanuel@sagelegal.nyc | By: /s/ Jamie S. Felsen, Esq.<br>Jamie Scott Felsen, Esq.<br>3000 Marcus Ave., Suite 3W8<br>Lake Success, NY 11042-1073<br>(516) 328-8899 (office)<br>(516) 303-1391 (direct dial)<br>(516) 328-0082 (facsimile)<br>jamiefelsen@mllaborlaw.com |

Dated: Brooklyn, New York
       August ____, 2024

**So Ordered:**

_____
, U.S.\_\_\_.J.

By: *Mikhail Mikhaylov*
APS Electric Inc.

By: *Mikhail Mikhaylov*
Mikhail Mikhaylov

**VIA ECF**
Fisher Taubenfeld LLP
<u>Attn:</u> Michael Taubenfeld, Esq.
225 Broadway, Suite 1700
New York, NY 10007-3000
michael@fishertaubenfeld.com

*Attorneys for Plaintiff*
*Juan Paccha*