<div align="center">**F I S H E R  |  T A U B E N F E L D  LLP**</div>

<div align="right">
225 Broadway, Suite 1700  
New York, New York 10007  
**Main** 212.571.0700  
**Fax** 212.505.2001  
www.fishertaubenfeld.com
</div>

Writer's direct dial: (212) 384-0258  
Writer's email: michael@fishertaubenfeld.com

<div align="right">November 20, 2024</div>

**VIA ECF**  
Hon. Nina R. Morrison  
United States District Judge  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

       Re:  Paccha v. APS Electric, Inc. et al  
           Case No.: 23-cv-2075 (NRM)(MMH)

Dear Judge Morrison:

     This firm represents Plaintiff in the above-captioned matter.  The parties jointly write to respectfully request that the Court convert tomorrow's hearing to a status conference.  In the Court's July 30, 2024 order, the Court scheduled a summary hearing on the issue of contract formation.  Upon further reflection, Plaintiff is withdrawing his objection to contract formation and therefore a hearing is no longer necessary.  Plaintiff, however, continues to rely on his other arguments in his opposition to Defendants' motion to compel arbitration.  See, DE 24, pp. 9-15. We therefore respectfully request that the Court convert the hearing to a status conference, where the parties will be prepared to address the other arguments raised by Plaintiff, whether the case should be stayed pending arbitration or dismissed without prejudice, and avenues for resolution.

     We thank the Court for its consideration of this submission.

<div style="margin-left: 50%;">
Respectfully submitted,

---------------/s/------------

Michael Taubenfeld
</div>