# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

February 2, 2025

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Nina R. Morrison, U.S.D.J.
225 Cadman Plaza East
Courtroom 6E North
Brooklyn, NY 11201-1804

        **Re:**    **Paccha v. APS Electric, Inc.., *et al.***
                 **Case No.: 1:23-cv-2075 (NRM) (MMH)**

Dear Judge Morrison:

      This firm is represents the Defendants in this case. Defendants write jointly with Plaintiff pursuant to this Court's November 25, 2024 minute Order directing the parties to, *inter alia*, file a joint status report concerning the status of mediation.

      The parties are pleased to report that they have selected Mediator Robert J. Kheel, Esq. to conduct a mediation in this case, whose earliest available date is Thursday, March 13, 2025, which date the parties have confirmed. The parties thus respectfully request until Monday, March 31, 2025 to submit another joint status report following the mediation.

      The parties thank this Court for its time and attention to this case.

Dated: Jamaica, New York
       February 2, 2025                    Respectfully submitted,

                                                **SAGE LEGAL LLC**

                                                */s/ Emanuel Kataev, Esq.*
                                                Emanuel Kataev, Esq.
                                                18211 Jamaica Avenue
                                                Jamaica, NY 11423-2327
                                                (718) 412-2421 (office)
                                                (917) 807-7819 (cellular)
                                                (718) 489-4155 (facsimile)
                                                emanuel@sagelegal.nyc

                                                *Attorneys for Defendants*

**VIA ECF**
All counsel of record