# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

March 31, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Nina R. Morrison, U.S.D.J.
225 Cadman Plaza East
Courtroom 6E North
Brooklyn, NY 11201-1804

   **Re:** **Paccha v. APS Electric, Inc.., *et al.***
      **Case No.: 1:23-cv-2075 (NRM) (MMH)**

Dear Judge Morrison:

   This firm represents the Defendants in this case.  Defendants write jointly with Plaintiff pursuant to this Court's February 3, 2025 Order directing the parties to file a joint status report following the completion of mediation.

   The parties are pleased to report that they conducted a mediation in this case on Thursday, March 13, 2025, and successfully reached a settlement in principle.  The parties will now focus their efforts on reducing their agreement to a writing and preparing a joint letter motion for settlement approval.

   The parties thank this Court for its time and attention to this case.

Dated: Jamaica, New York
   March 31, 2025

           Respectfully submitted,

           **SAGE LEGAL LLC**

           _/s/ Emanuel Kataev, Esq._____
           Emanuel Kataev, Esq.
           18211 Jamaica Avenue
           Jamaica, NY 11423-2327
           (718) 412-2421 (office)
           (917) 807-7819 (cellular)
           (718) 489-4155 (facsimile)
           emanuel@sagelegal.nyc

           *Attorneys for Defendants*

**VIA ECF**
All counsel of record