# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700<br>
New York, New York 10007<br>
**Main** 212.571.0700<br>
**Fax** 212.505.2001<br>
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0262
Writer's email: liane@fishertaubenfeld.com

June 16, 2025

**VIA ECF**
Hon. Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re:  Paccha v. APS Electric, Inc. et al
     Case No.: 23-cv-2075 (NRM)(MMH)

Dear Judge Henry:

  This firm represents Plaintiff in the above-captioned matter. We write along with Defendants to request an additional two weeks to submit the settlement agreement for the Court's review from June 16, 2025 until June 30, 2025. The parties are currently reviewing the settlement agreement and need additional time to execute it and submit the settlement paperwork. We therefore request an additional two weeks.

  We thank the Court for its consideration of this submission.

               Respectfully submitted,

               ---------------/s/------------

               Michael Taubenfeld