# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

June 30, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Nina R. Morrison, U.S.D.J.
225 Cadman Plaza East
Courtroom 6E North
Brooklyn, NY 11201-1804

   Re: *Paccha v. APS Electric, Inc.., et al.*
     <u>Case No.: 1:23-cv-2075 (NRM) (MMH)</u>

Dear Judge Morrison:

  This firm represents the Defendants in this case. Defendants write jointly with Plaintiff pursuant to respectfully request a three (3) day extension of time to submit a joint letter motion for settlement approval. Final revisions have been made and, barring any unforeseen circumstances, the parties are expected to sign in the coming days this week.

  The parties thank this Court for its time and attention to this case.

Dated: Jamaica, New York
    June 30, 2025          Respectfully submitted,

                     **SAGE LEGAL LLC**

                      */s/ Emanuel Kataev, Esq.*
                     Emanuel Kataev, Esq.
                     18211 Jamaica Avenue
                     Jamaica, NY 11423-2327
                     (718) 412-2421 (office)
                     (917) 807-7819 (cellular)
                     (718) 489-4155 (facsimile)
                     emanuel@sagelegal.nyc

                     *Attorneys for Defendants*

**VIA ECF**
All counsel of record