# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0262
Writer's email: liane@fishertaubenfeld.com

July 3, 2025

**VIA ECF**
Hon. Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: Paccha v. APS Electric, Inc. et al
          Case No.: 23-cv-2075 (NRM)(MMH)

Dear Judge Henry:

    This firm represents Plaintiff in the above-captioned matter. We write along with Defendants to request an additional short extension of time, from July 3, 2025, until July 9, 2025, to submit the settlement agreement for the Court's review. The parties require additional time to finalize and execute the settlement paperwork. Therefore, the parties respectfully request an extension of the filing deadline to July 9, 2025.

    We thank the Court for its consideration of this submission.

                                      Respectfully submitted,

                                      ---------------/s/------------

                                      Michael Taubenfeld