# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0262
Writer's email: liane@fishertaubenfeld.com

July 9, 2025

**VIA ECF**
Hon. Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: Paccha v. APS Electric, Inc. et al
        Case No.: 23-cv-2075 (NRM)(MMH)

Dear Judge Henry:

    This firm represents Plaintiff in the above-captioned matter. Plaintiff requests an additional short extension of time, from July 9, 2025, until July 14, 2025, to submit the settlement agreement for the Court's review. Plaintiff has executed the agreement but it appears that Defendants have not done so yet. Therefore, Plaintiff respectfully requests an extension of the filing deadline to July 14, 2025.

    We thank the Court for its consideration of this submission.

Respectfully submitted,

---------------/s/------------

Michael Taubenfeld