# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700<br>
New York, New York 10007<br>
**Main** 212.571.0700<br>
**Fax** 212.505.2001<br>
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0262
Writer's email: liane@fishertaubenfeld.com

July 15, 2025

**VIA ECF**
Hon. Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: Paccha v. APS Electric, Inc. et al
          Case No.: 23-cv-2075 (NRM)(MMH)

Dear Judge Henry:

      This firm represents Plaintiff in the above-captioned matter. Plaintiff requests a final extension of time, from July 15, 2025, until July 18, 2025, for the parties to submit the settlement agreement for the Court's review. Plaintiff has executed the agreement but has not received a copy of the executed agreement from Defendants. Therefore, Plaintiff respectfully requests an extension of the filing deadline to July 18, 2025.

      We thank the Court for its consideration of this submission.

                                              Respectfully submitted,

                                              ---------------/s/------------

                                              Michael Taubenfeld