# F I S H E R | T A U B E N F E L D  L L P

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0262
Writer's email: liane@fishertaubenfeld.com

July 18, 2025

**VIA ECF**
Hon. Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  Paccha v. APS Electric, Inc. et al
           Case No.: 23-cv-2075 (NRM)(MMH)

Dear Judge Henry:

    This firm represents Plaintiff in the above-captioned matter.

    On July 15, 2025, this Court granted Plaintiff's request for an extension of time until July 18, 2025, for the parties to submit the settlement agreement for the Court's review. As indicated in our prior correspondence, Plaintiff has executed the settlement agreement. Though Defendants indicated that they had signed the agreement, and despite multiple follow-up communications to defense counsel since our last filing, Plaintiff has still not received a copy of the executed agreement from Defendants.

    We thank the Court for its consideration of this submission and apologize for any inconvenience caused by the delay.

Respectfully submitted,

---------------/s/------------

Michael Taubenfeld