# EXHIBIT 1

## Juan Paccha - Wage Damages Calculations - Subject to Rule 408

| Dates | Regular Hours Per Week | OT Hours Per Week | Total Hours Per Week | Hourly Rate | OT Rate | OT Dmgs Per Week | Weeks | Total OT Dmgs | Total Liquidated Damages | NYLL 195 Violations | Total Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/1/2016-12/31/2017 | 40 | 18 | 58 | $30.00 | $15.00 | $270.00 | 74 | $19,980.00 | $19,980.00 | $10,000.00 | $49,960.00 |
| 1/1/2018-3/12/2020 | 40 | 22 | 62 | $30.00 | $15.00 | $330.00 | 114.57143 | $37,808.57 | $37,808.57 | | $75,617.14 |
| 5/1/2020-6/3/2021 | 40 | 2.5 | 42.5 | $30.00 | $15.00 | $37.50 | 57 | $2,137.50 | $2,137.50 | | $4,275.00 |
| 7/26/2021-9/9/2021 | 40 | 2.5 | 42.5 | $30.00 | $15.00 | $37.50 | 6.5714286 | $246.43 | $246.43 | | $492.86 |
| | | | | | | | | $60,172.50 | $60,172.50 | $10,000.00 | $130,345.00 |

## Juan Paccha - Discrimination Damages Calculations - Subject to Rule 408

| Total Weeks Since Termination | Weekly Wages When Working for Defendants | Total Wages Since Termination | Backpay | Emotional Distress Damages | Total |
|---|---|---|---|---|---|
| 166.1428571 | $1,312.50 | $118,777 | $99,285.50 | $50,000.00 | $149,285.50 |
| | | | | Wage Damages | $130,345.00 |
| | | | | | $279,630.50 |