# EXHIBIT 4

| First name | Last name | Date | Day | In | Out | Hours | Job |
|---|---|---|---|---|---|---|---|
| Taubenfeld | | | | | | | |
| Michael | Taubenfeld | 03/17/2023 | Fri | | | 1.10 | Paccha, Juan › Michael Taubenfeld |
| **NOTES:** Review and finalize complaint | | | | | | | |
| Michael | Taubenfeld | 12/06/2023 | Wed | | | 2.10 | Paccha, Juan › Michael Taubenfeld |
| **NOTES:** Review and revise opposition to motion to compel arbitration | | | | | | | |
| Michael | Taubenfeld | 12/07/2023 | Thu | | | 1.10 | Paccha, Juan › Michael Taubenfeld |
| **NOTES:** Finalize opposition to motion to compel arbitration | | | | | | | |
| Michael | Taubenfeld | 11/18/2024 | Mon | | | 1.20 | Paccha, Juan › Michael Taubenfeld |
| **NOTES:** Telco w/ Plaintiff to prepare for evidentiary hearing | | | | | | | |
| Michael | Taubenfeld | 11/19/2024 | Tue | | | 1.40 | Paccha, Juan › Michael Taubenfeld |
| **NOTES:** Telco w/ Plaintiff to prepare for evidentiary hearing | | | | | | | |
| Michael | Taubenfeld | 11/20/2024 | Wed | | | 4.30 | Paccha, Juan › Michael Taubenfeld |
| **NOTES:** Telco w/ Plaintiff to prepare for evidentiary hearing and determination that we could not move forward | | | | | | | |
| Michael | Taubenfeld | 11/21/2024 | Thu | | | 1.00 | Paccha, Juan › Michael Taubenfeld |
| **NOTES:** Travel time to and from status conference | | | | | | | |
| Michael | Taubenfeld | 11/21/2024 | Thu | | | 1.50 | Paccha, Juan › Michael Taubenfeld |
| **NOTES:** Attend status conference | | | | | | | |
| Michael | Taubenfeld | 03/13/2025 | Thu | | | 7.20 | Paccha, Juan › Michael Taubenfeld |
| **NOTES:** Attend mediation | | | | | | | |
| Michael | Taubenfeld | 03/17/2025 | Mon | | | 0.20 | Paccha, Juan › Michael Taubenfeld |
| **NOTES:** Telco w/ opposing counsel re: settlement | | | | | | | |
| Michael | Taubenfeld | 06/16/2025 | Mon | | | 2.10 | Paccha, Juan › Michael Taubenfeld |
| **NOTES:** Draft settlement agreements | | | | | | | |
| Michael | Taubenfeld | 06/30/2025 | Mon | | | 0.70 | Paccha, Juan › Michael Taubenfeld |
| **NOTES:** Review and revise settlement agreement | | | | | | | |
| Michael | Taubenfeld | 07/02/2025 | Wed | | | 1.40 | Paccha, Juan › Michael Taubenfeld |

**NOTES:** Draft Cheeks letter