# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

August 14, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Marcia M. Henry, U.S.M.J.
225 Cadman Plaza East
Courtroom 504N
Brooklyn, NY 11201-1804

      Re:    **Paccha v. APS Electric, Inc.., *et al.*
              Case No.: 1:23-cv-2075 (NRM) (MMH)**

Dear Judge Henry:

    This firm represents the Defendants in this case. Defendants write jointly with the Plaintiff to respectfully request an adjournment, *sine die*, of the conference scheduled for Tuesday, August 19, 2025 at 10:30 AM because the parties have executed the settlement agreement and filed their joint letter motion for settlement approval.

    The parties therefore request that, since this document has been provided, the conference should be canceled.

    The parties thank this Court for its time and attention to this case.

Dated:    Jamaica, New York
          August 14, 2025                            Respectfully submitted,

                                                           **SAGE LEGAL LLC**

                                                           */s/ Emanuel Kataev, Esq.*
                                                           Emanuel Kataev, Esq.
                                                           18211 Jamaica Avenue
                                                           Jamaica, NY 11423-2327
                                                           (718) 412-2421 (office)
                                                           (917) 807-7819 (cellular)
                                                           (718) 489-4155 (facsimile)
                                                           emanuel@sagelegal.nyc

                                                           *Attorneys for Defendants*

**VIA ECF**
All counsel of record